UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REEM SPEKTOR,<br><br>        Plaintiff,<br>  v.<br><br>SALTWORKS, INC.,<br><br>        Defendant. | CASE NO. C18-0129-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on notice from Plaintiff's counsel that the case has settled. The parties are ORDERED to file a stipulated dismissal within 30 days from the issuance of this order. The Clerk is DIRECTED to close this case for statistical purposes.

DATED this 17th day of October 2018.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk